**Harold F. WAXMAN, Appellant,**

v.

**Teresa L. WAXMAN, Respondent.**

No. 74314.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 16, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 5, 1999.

Application to Transfer Denied
June 29, 1999.

Allan H. Zerman, Mary E. Niemira, Zerman & Mogerman, Clayton, for appellant.

Bryan Hettenbach, Clayton, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

### *ORDER*

PER CURIAM.

Harold F. Waxman ("Husband") appeals from a family court judgment and decree dissolving his marriage to Teresa L. Waxman ("Wife"). Husband raises several issues regarding determination and distribution of the marital property under the parties' antenuptial agreement and a single issue regarding determination of the proper amount of child support to be paid by Wife.

We have reviewed the briefs of the parties and the record on appeal. We find the judgment is supported by substantial evidence, is not against the weight of the evidence and does not erroneously declare or misapply the law. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976). An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).